# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ] <br> ] <br> v.                                         ] <br> FELIX ACOSTA-LOPEZ           ] <br> ] <br> ] | Docket No.   14-9065 <br> Violation No. 3941956 <br><br> ORDER FOR DISMISSAL <br> Pretrial Diversion Program |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by Leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the above Complaint, which was filed on **17 April 2014**, charging the defendant with the following violation:

**Shoplifting**

prosecution of same being deferred pursuant to a Pretrial Diversion Agreement.

The dismissal is without prejudice.

DATE:              BY: _____
                        CHRISTOPHER A. HULING
                        Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATE: 6/19/14     BY: _____
                        ANTHONY R. MAUTONE
                        United States Magistrate Judge